HENRY AMSTER, Appellant, *v.* LEO M. MAYER, Respondent, Impleaded with Another.

(Submitted November 19, 1934; decided November 27, 1934.)

Motion to amend remittitur granted. Return of remittitur requested and when returned it will be amended by striking out the provision for costs in the City Court. (See 265 N. Y. 452.)

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance, Appellant, for an Order to Take Possession of the Property of the LAWYERS TITLE AND GUARANTY COMPANY.

CITY BANK FARMERS TRUST COMPANY, Respondent.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance, Appellant, for an Order to Take Possession of the Property of the NEW YORK TITLE AND MORTGAGE COMPANY.

CENTRAL HANOVER BANK AND TRUST COMPANY, Respondent.

(Submitted November 19, 1934; decided November 27, 1934.)

Motions to amend remittiturs granted. Return of remittiturs requested and when returned they will be amended by answering the 6th, 7th and 8th questions in the Lawyers Title and Guaranty Company case, and the 10th, 11th and 12th questions in the New York Title and Mortgage Company case " yes," except as modified by the opinions of this court. (See 265 N. Y. 20, 30, 287.)